**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of South Carolina

Case number (*If known*): ___________________________

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

AKA Auto Brokers, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

AKA Auto Brokers, LLC

**3. Debtor's federal Employer Identification Number** (EIN)

83-3031654

**4. Debtor's address**

**Principal place of business**

308 Old Trolley Road
Number Street

Summerville SC 29485
City State ZIP Code

Dorchester County
County

**Mailing address, if different from principal place of business**

235 Mayfield Drive
Number Street

P.O. Box

Goose Creek SC 29445
City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL)

www.akaautobrokers.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ___________________________

Debtor AKA Auto Brokers, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4411

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______
  District ______ When ______ (MM / DD / YYYY)
  Case number, if known ______

Debtor AKA Auto Brokers, LLC
Name

Case number (*if known*) __________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? __________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other __________

**Where is the property?** __________
Number Street

__________

__________ ____ ______
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency __________

Contact name __________

Phone __________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor AKA Auto Brokers, LLC
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2023
MM / DD / YYYY

✘ /s/ Sashia Corley
Signature of authorized representative of debtor

Sashia Corley
Printed name

Title Managing Member

**18. Signature of attorney**

✘ /s/ Robert Meredith, Jr.
Signature of attorney for debtor

Date 06/27/2023
MM / DD / YYYY

Robert Meredith, Jr.
Printed name

Meredith Law Firm, LLC
Firm name

4000 Faber Place Drive, Suite 120
Number Street

North Charleston
City

SC
State

29405
ZIP Code

843-529-9000
Contact phone

rm@meredithlawfirm.com
Email address

SC 1771 / DCID 6152
Bar number

SC
State

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina (State)

Case number (If known): ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 1,537.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 1,537.00 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 1,255,877.18 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 211,704.48 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 1,467,581.66 |

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ____________________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | $ |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $ 0.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | **Current value of debtor's interest** |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______ $______

8.2.______ $______

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $______

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ face amount – ______ doubtful or uncollectible accounts = ........➔ $______

11b. Over 90 days old: ______ face amount – ______ doubtful or uncollectible accounts = ........➔ $______

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $______

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. ______ | ______ | $______ |
| 14.2. ______ | ______ | $______ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 15.1.______ ______% | ______ | $______ |
| 15.2.______ ______% | ______ | $______ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1.______ | ______ | $______ |
| 16.2.______ | ______ | $______ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 20. | **Work in progress** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |
| 22. | **Other inventory or supplies** | | | | |
| | ______ | MM / DD / YYYY | $______ | ______ | $______ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84. $______

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | ______ | $______ | ______ | $______ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | ______ | $______ | ______ | $______ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | ______ | $______ | ______ | $______ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | ______ | $______ | ______ | $______ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | ______ | $______ | ______ | $______ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $ Valuation method Current value $

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Computer Chair (FMV $120); Vacuum Cleaner (FMV $150); Car Washing Supplies (FMV $100); 7 Trash Cans (FMV $140) | $ 0.00 | Liquidation | $ 510.00 |
| 40. **Office fixtures** Front Office Wall Décor (FMV $75); Office #1 Wall Décor (FMV $150) | $ 0.00 | Liquidation | $ 225.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 Computers (FMV $800) | $ 0.00 | Liquidation | $ 800.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 1,535.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☑ No. Go to Part 10.
    - ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☐ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties**<br>Dealer License; Business License; Sales License | $ 0.00 | N/A | $ 1.00 |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89. $ 1.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
Total face amount – doubtful or uncollectible amount = ➔ $

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
Tax year $
Tax year $
Tax year $

73. **Interests in insurance policies or annuities**
Garage Liability Insurance Coverage $1.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
$
**Nature of claim**
**Amount requested** $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
$
**Nature of claim**
**Amount requested** $

76. **Trusts, equitable or future interests in property**
$

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
$
$

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $1.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,535.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $1,537.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 1,537.00 ........ $1,537.00

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ____________

❑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
BacklotCars, Inc.

**Creditor's mailing address**
1100 Main Street Ste 1500
Kansas City, MO 64105

**Creditor's email address, if known**

**Date debt was incurred** 06/29/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

Column A: $ 0.00 | Column B: $ 0.00

**Describe the lien**
Agreement you made, Notice Only

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**2.2 Creditor's name**
CIG Financial LLC

**Creditor's mailing address**
6 Executive Circle
Suite 100, Irvine, CA 92614

**Creditor's email address, if known**
snewport@cigfinancial.com

**Date debt was incurred** 08/23/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
❑ Yes. Have you already specified the relative priority?
  ❑ No. Specify each creditor, including this creditor, and its relative priority.
  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

Column A: $38,850.26 | Column B: $38,850.26

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 1,255,877.18

Debtor AKA Auto Brokers, LLC Case number (*if known*)
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.3 Creditor's name**
Kinetic Advantage, LLC

**Creditor's mailing address**
10333 N Meridian Street
Suite 400, Indianapolis, IN 46290

**Creditor's email address, if known**
christina.bruno@kineticadvantage.com

**Date debt was incurred** 11/09/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

$229,869.05 $0.00

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.4 Creditor's name**
Nextgear Capital

**Creditor's mailing address**
11799 N College Avenue
Carmel, IN 46032

**Creditor's email address, if known**

**Date debt was incurred** 10/1/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

$240,685.28 $0.00

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.5 Creditor's name**
US Small Business Administration

**Creditor's mailing address**
409 3rd Street SW
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** 08/03/2020

**Last 4 digits of account number** 8207

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $20,083.00
Column B: $0.00

**2.6 Creditor's name**
US Small Business Administration

**Creditor's mailing address**
409 3rd Street SW
Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred** 06/16/2020

**Last 4 digits of account number** 7809

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $162,821.92
Column B: $0.00

**Part 1: Additional Page**

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7 Creditor's name**
Wellen Capital

**Creditor's mailing address**
600 West Jackson Blvd
Suite750, Chicago, IL 60661

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $105,476.40
Column B: $0.00

**2.8 Creditor's name**
Westlake Flooring Company, LLC

**Creditor's mailing address**
4751 Wilshire Blvd
Ste 100, Los Angeles, CA 90010

**Creditor's email address, if known**

**Date debt was incurred** 1/16/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Business assets of debtor (UCC-1)

**Describe the lien**
Agreement you made, UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $458,091.27
Column B: $0.00

Debtor AKA Auto Brokers, LLC
Name

Case number (*if known*)

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Christina Bruno<br>10333 N Meridian Street<br>Suite 400<br>Indianapolis, IN, 46290 | Line 2. 3 | |
| Hamilton County Circuit Court<br>1 Hamilton County Square<br>Suite 106<br>Noblesville, IN, 46060 | Line 2. 3 | |
| Hamilton County Superior Court<br>1 Hamilton County Square<br>Suite 106<br>Noblesville, IN, 46060 | Line 2. 4 | |
| Michael G. Gibson, Esq.<br>11799 North College Ave<br>Carmel, IN, 46032 | Line 2. 4 | |
| Orange County Superior Court<br>North Justice Center<br>1275 North Berkeley Avenue<br>Fullerton, CA, 92832 | Line 2. 2 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known) ____________________

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ________<br><br>**Last 4 digits of account number** ________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $________ | $________ |
| **2.2** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ________<br><br>**Last 4 digits of account number** ________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $________ | $________ |
| **2.3** | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred** ________<br><br>**Last 4 digits of account number** ________<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $________ | $________ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Adam Sutton
116 Ranch Hill Drive
Cordova, SC, 29039

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.2 Nonpriority creditor's name and mailing address**
Alissa Taylor
152 Riverfield Drive
Statesville, NC, 28625

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.3 Nonpriority creditor's name and mailing address**
Altus Receivables Management, Inc.
PO Box 186
Metairie, LA, 70004

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 3,131.00

**Basis for the claim:** Collection for Title Technologies, Inc.

**Date or dates debt was incurred**

**Last 4 digits of account number** 0121

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.4 Nonpriority creditor's name and mailing address**
American Express
PO Box 981540
El Paso, TX, 79998

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 10,844.62

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**

**Last 4 digits of account number** 1001

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.5 Nonpriority creditor's name and mailing address**
American Express
PO Box 981540
El Paso, TX, 79998

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,973.73

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**

**Last 4 digits of account number** 1001

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.6 Nonpriority creditor's name and mailing address**
American Express
PO Box 981540
El Paso, TX, 79998

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 168.32

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**

**Last 4 digits of account number** 1008

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.7 **Nonpriority creditor's name and mailing address**

Angel Hartzog
PO Box 112
Barnwell, SC, 29812

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

3.8 **Nonpriority creditor's name and mailing address**

Anthony Hamby
c/o Andrew M. Connor, Esq.
1501 Belle Isle Ave, Ste 110
Mount Pleasant, SC, 29464

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 30,000.00

**Basis for the claim:** Vehicle Purchase Customer Breach of Contract

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**

Car Gurus
Styne House, 1st Floor
Upper Hatch St
Dublin 2 Ireland

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,539.00

**Basis for the claim:** Services

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**

Car-Richmond Auto Auction
3600 Deepwater Terminal Road
Richmond, VA, 23234

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 27,701.00

**Basis for the claim:** Services

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**

Celina Gabel
206 Wexford Court
Summerville, SC, 29483

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12 Nonpriority creditor's name and mailing address**

Communications Credit and Recovery Corp
20 Broad Hallow Rd Ste 1002
Melville, NY, 11747

**As of the petition filing date, the claim is:** $ 1,600.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** This is an unsecured loan.

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**3.13 Nonpriority creditor's name and mailing address**

Craig Brown
8776 Mitchell Road
Adams Run, SC, 29426

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

Damien Davis
2022 Azalee Ln
Summerville, SC, 29483

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

Danielle Brewer
998 Clemson Drive
Summerville, SC, 29483

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

Daron Shuler
194 Hezekiah Road
Eutawville, SC, 29048

**As of the petition filing date, the claim is:** $ 0.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.17 **Nonpriority creditor's name and mailing address**

Davon Green
711 W Luke Avenue
Summerville, SC, 29483

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**

Destiny Clemmons
111 Jefferson Lane
Summerville, SC, 29485

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**

Detria Smalls
4595 Lowell Dr Apt 3502
North Charleston, SC, 29418

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**

Electronic Merchant Systems
1054 St. Andrews Blvd
Charleston, SC, 29407

**As of the petition filing date, the claim is:** *Check all that apply.* $ 2,635.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** This is an unsecured loan.

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**

Franklin Lawrence
13900 Belmont Stakes Ct
Midlothian, VA, 23112

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**

Fuelman
PO Box 1239
Covington, LA, 70434

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 46.45

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** 7611

3.23 **Nonpriority creditor's name and mailing address**

Fuelman
PO Box 1239
Covington, LA, 70434

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,876.72

**Basis for the claim:** This is an unsecured loan.

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number** 7611

3.24 **Nonpriority creditor's name and mailing address**

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA, 19101-7346

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

3.25 **Nonpriority creditor's name and mailing address**

Issac Smalls
1104 Flyway Road
Summerville, SC, 29483

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

3.26 **Nonpriority creditor's name and mailing address**

Lashandra Washington
801 Hitching Post Road
Charleston, SC, 29415

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.27 Nonpriority creditor's name and mailing address**

Marcus Spann
7925 Saint Ives Road Apt 14D
North Charleston, SC, 29405

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.28 Nonpriority creditor's name and mailing address**

Marki Williams
43 Carrol Drive
Sumter, SC, 29150

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.29 Nonpriority creditor's name and mailing address**

Mattie White
3417 Patton Ave
Johns Island, SC, 29455

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

Michelle Campbell
3350 Ashlar Pt
Ladson, SC, 29456

**As of the petition filing date, the claim is:** *Check all that apply.* $ 0.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.31 Nonpriority creditor's name and mailing address**

MyBaseGuide
501 Great Circle Road
Ste 200
Nashville, TN, 37228

**As of the petition filing date, the claim is:** *Check all that apply.* $ 14,166.66

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** This is an unsecured loan.

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 6199

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Part 2:** **Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.32 **Nonpriority creditor's name and mailing address**

Myesha Grant
125 Birchwood Lane
Conway, SC, 29526

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**

National Credit Partners
1551 N Tustin Ave Ste 550
Santa Ana, CA, 92705

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 50,000.00

**Basis for the claim:** This is an unsecured loan.

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**

Naurice Jones
106 Millicent Way
Lake City, SC, 29560

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**

Rachelle Dilbone
300 Naomi Drive
Gaston, SC, 29053

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**

Ruth Simmons
345 Cohen Circle
Ladson, SC, 29456

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Customer

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.37 Nonpriority creditor's name and mailing address**

SC Department of Revenue
Office of the General Counsel Bankruptcy Section
300A Outlet Pointe Blvd
Columbia, SC, 29210-5666

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.38 Nonpriority creditor's name and mailing address**

SC DMV
Attn: Dealer License and Audit Unit
PO Box 1498
Blythewood, SC, 29016

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.39 Nonpriority creditor's name and mailing address**

SC Federal Credit Union
P.O. Box 190012
Charleston, SC, 29419

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,912.35

**Basis for the claim:** Overdrawn Bank Account

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 1271

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.40 Nonpriority creditor's name and mailing address**

Spectrum Business
4145 S. Falkenburg Road

Riverview, FL, 33578

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 858.80

**Basis for the claim:** Utility Services

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 2922

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.41 Nonpriority creditor's name and mailing address**

Tanisha A. Fyall
261 Sedona Drive
Summerville, SC, 29486

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 0.00

**Basis for the claim:** Notice Only-Vehicle Purchase Customer

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.42 **Nonpriority creditor's name and mailing address**

Terrance Cosby
1820 Cullen Ave
Chesapeake, VA, 23324

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 30,000.00

**Basis for the claim:** Vehicle Purchase Customer Breach of Contract

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**

United Bank
500 Virginia St East
PO Box 393
Charleston, WV, 25322

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,315.47

**Basis for the claim:** Overdrawn Bank Account

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 4647

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**

Westlake Financial
3440 Flair Drive
Attn LBX 73082
El Monte, CA, 91731

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 28,935.36

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**

William Jackson
c/o Andrew M. Connor, Esq.
1501 Belle Isle Ave, Ste 110
Mount Pleasant, SC, 29464

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 0.00

**Basis for the claim:** Vehicle Purchase Customer Breach of Contract

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

3.___ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ ____

**Basis for the claim:**

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Is the claim subject to offset?**
- No
- ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Financial, Inc.<br>c/o Brush Law Firm<br>12 A Carriage Lane<br>Charleston, SC, 29407 | Line 3.8<br>❑ Not listed. Explain: | |
| 4.2. | Andrew Connor, Esq.<br>1501 Belle Isle Avenue<br>Suite 110<br>Mount Pleasant, SC, 29464 | Line 3.42<br>❑ Not listed. Explain | |
| 4.3. | Destiny Clemmons<br>1692 N Woodmere Drive apt 23<br>Charleston, SC, 29407 | Line 3.18<br>❑ Not listed. Explain | |
| 4.4. | Dorchester County Court of Common Pleas<br>5200 E Jim Bilton Blvd<br>Saint George, SC, 29477 | Line 3.42<br>❑ Not listed. Explain | |
| 41. | Dorchester County Court of Common Pleas<br>5200 E Jim Bilton Blvd<br>Saint George, SC, 29477 | Line 3.45<br>❑ Not listed. Explain | |
| 4.5. | Dorchester County Court of Common Pleas<br>5200 E Jim Bilton Blvd<br>Saint George, SC, 29477 | Line 3.8<br>❑ Not listed. Explain | |
| 4.6. | Egon P. Singerman, Esq.<br>30625 Solon Road<br>Suite C<br>Solon, OH, 44139 | Line 3.20<br>❑ Not listed. Explain | |
| 4.7. | Electronic Merchant Systems<br>250 W. Huron Rd<br>Suite 400<br>Cleveland, OH, 44113 | Line 3.20<br>❑ Not listed. Explain | |
| 4.8. | Marcus Spann, Jr.<br>2023 Gumwood Blvd<br>Charleston, SC, 29406 | Line 3.27<br>❑ Not listed. Explain | |
| 4.9. | McCarthy, Burgess & Wolfe<br>PO Box 461210<br>Bedford, OH, 44146 | Line 3.23<br>❑ Not listed. Explain | |
| 4.10. | Myesha S. Grant<br>2807 Martha Drive<br>North Charleston, SC, 29405 | Line 3.32<br>❑ Not listed. Explain | |
| 4.11. | | Line ____<br>❑ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 211,704.48 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 211,704.48 |

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ______________ Chapter 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Platform | Car Gurus<br>Styne House, 1st Floor<br>Upper Hatch St<br>Dublin 2 Ireland |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Platform | MyBaseGuide<br>501 Great Circle Road<br>Ste 200<br>Nashville, TN, 37228 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ______________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | National Credit Partners | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Nextgear Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Wellen Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Car Gurus | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Car-Richmond Auto Aucti | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Westlake Financial | ☐ D<br>☑ E/F<br>☐ G |

Debtor AKA Auto Brokers, LLC Case number (*if known*)
Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Westlake Flooring Company, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Kinetic Advantage, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Kevin Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | MyBaseGuide | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Fuelman | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Fuelman | ☐ D<br>☑ E/F<br>☐ G |

Debtor AKA Auto Brokers, LLC
Name
Case number (*if known*)



**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | MyBaseGuide | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Spectrum Business | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | US Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | CIG Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Altus Receivables Management, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Electronic Merchant Systems | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | Communications Credit and Recovery Corp | ☐ D<br>☑ E/F<br>☐ G |

Debtor AKA Auto Brokers, LLC Case number (if known)
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Sashia Corley | 235 Mayfield Drive<br>Goose Creek, SC 29445 | BacklotCars, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | | ☐ D<br>☐ E/F<br>☐ G |

**United States Bankruptcy Court**

**IN RE:** Case No.__________________

AKA Auto Brokers, LLC
__________________________________________________________ Chapter 7

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Sashia Corley<br>235 Mayfield Drive, 29445, | 100 | Managing member |

**Fill in this information to identify the case:**

Debtor name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 | to Filing date | ☑ Operating a business ☐ Other | $ 0.00 |
| **For prior year:** | From 01/01/2022 | to 08/31/2022 | ☑ Operating a business ☐ Other | $ 5,820,800.00 |
| **For the year before that:** | From 01/01/2021 | to 12/31/2021 | ☑ Operating a business ☐ Other | $ 9,678,750.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ____ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ____ (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ |

Debtor AKA Auto Brokers, LLC Case number (if known)
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>**Relationship to debtor** | | $ | |

Debtor AKA Auto Brokers, LLC Case number (if known)

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Westlake Flooring Company, LLC (Creditor's name)<br>4751 Wilshire Blvd<br>Ste 100<br>Los Angeles, CA 90010 | 2017 Infiniti Q50; 2014 Maserati Ghibli; 2017 Lincoln MKZ SEL; 2018 Infiniti Q50; 2016 Mercedes-Benz E Class; 2016 Nissan Maxima; 2013 Cadillac XTS; 2015 Infiniti QX60; 2017 Chevrolet 1500 Silverado; 2015 Chrysler 200; 2017 Honda Accord; 2015 Chevrolet Sub LTZ; 2016 Chevrolet Tahoe; 2018 Volvo XC90; | 08/2022 | $186,350.00 |
| 5.2. | Kinetic Advantage, LLC (Creditor's name)<br>10333 N Meridian Street<br>Suite 400<br>Indianapolis, IN 46290 | 2015 Ford F150; 2015 GMC Yukon; 2019 Kia Stinger; 2017 Maserati Ghibli; 2013 Audi A6; 2017 Honda Accord; 2014 Mercedes Benz CLA Class; 2014 Jeep Grand Cherokee; 2015 Mercedes Benz S Class; 2016 Infiniti Q60; 2018 Dodge Durango; 2014 Maserati Quattroprte; 2017 Dodge Durango;2016 Kia K900; 2015 | 08/2022 | $183,970.23 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX– ________

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | William Jackson v. AKA Auto Brokers, LLC<br>Case number: 2022CP1801309 | Breach of Contract | Dorchester Court of Common Pleas<br>5200 E Jim Bilton Blvd<br>Saint George, SC 29477 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Terrance Cosby v. AKA Auto Brokers, LLC<br>Case number: 2023CP1800176 (ADR 8.31.23) | Breach of Contract | Dorchester Court of Common Pleas<br>5200 E Jim Bilton Blvd<br>Saint George, SC 29477 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor AKA Auto Brokers, LLC Case number (if known)
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | Case title | Court name and address |
| | | Name |
| | Case number | |
| | Date of order or assignment | |

**Part 4: Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Summerville Sertoma<br>Recipient's name<br>105 W 5th South Street<br>Summerville, SC 29483 | Charitable Contribution | 10/2021 | $6,000.00 |
| | | | | $ |
| | Recipient's relationship to debtor<br>Charity | | | |
| 9.2. | Dorchester County<br>Recipient's name<br>212 Deming Way<br>Summerville, SC 29483 | Charitable Contribution | 06/2021 | $500.00 |
| | | | | $ |
| | Recipient's relationship to debtor<br>Charity | | | |

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| 2013 Audi A8 (stolen, ins. claim denied) | 0.00 | 04/07/2022 | $15,000.00 |

Debtor AKA Auto Brokers, LLC Case number (if known)
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Meredith Law Firm, LLC<br>**Address**<br>4000 Faber Place Drive<br>ste 120<br>North Charleston, SC 29405<br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>Sashia Corley | Filing Fee $338.00<br>Attorney's Fee $4,113.00<br>UCC Lien Search $49.00 | 09/2022 | $ 4,500.00 |
| 11.2. | **Address**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| <br>**Trustee** | | | $ |

Debtor AKA Auto Brokers, LLC Case number (if known)

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Aegis Automotive Group, LLC<br>**Address**<br>137 St. James Avenue<br>Goose Creek, SC 29445<br>**Relationship to debtor**<br>unrelated third party. | Office Supplies (FMV $100); Couch and Loveseat (FMV $450); Office Plant (FMV $7); 6 Desks 1 Chair 3 Tall File Cabinets (FMV $400); 3 Dry Erase Boards (FMV $200); 3 Computers (FMV $1,200); Refrigerator (FMV $75); Breakroom Table & 4 Stools (FMV $50); Coffee Pot (FMV $15); Pressure Washer (FMV $179); 2 Small File Cabinets ($25) | 08/03/2022 | $ 2,701.00 |
| 13.2. | **Who received transfer?**<br>**Address**<br>**Relationship to debtor** | | | $ |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | 235 Mayfield Drive<br>Goose Creek, SC 29445 | From 01/2019 | To 07/2019 |
| 14.2. | | From | To |

Debtor AKA Auto Brokers, LLC Case number (if known)
Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ____________________
Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?
☐ No
☐ Yes

Debtor AKA Auto Brokers, LLC Case number (if known)

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | SC Federal Credit Union (Name) | XXXX–1200 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 10/04/2022 | $ 0.00 |
| 18.2. | United Community Bank (Name) | XXXX–4647 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 10/24/2022 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No<br>☐ Yes |

Debtor AKA Auto Brokers, LLC Case number (*if known*)
Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor AKA Auto Brokers, LLC Case number (if known)

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | AKA Auto Brokers, LLC (Name) 308 Old Trolley Road Summerville, SC 29485 | Used Auto Sales | EIN: 83-3031654 Dates business existed From 01/07/2019 To 08/10/2022 |
| 25.2. | Name | | EIN: Dates business existed From To |
| 25.3. | Name | | EIN: Dates business existed From To |

Debtor AKA Auto Brokers, LLC
Name

Case number (*if known*)

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Pasley Tax Services<br>Name<br>8710 Evangeline Drive, Unit 121, N. Charleston, SC 29420 | From 01/07/2019<br>To 08/10/2022 |
| 26a.2. | Name | From<br>To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name | From<br>To |
| 26b.2. | Name | From<br>To |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Sashia Corley<br>Name<br>235 Mayfield Drive | |

Debtor AKA Auto Brokers, LLC
Name

Case number (*if known*)

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Next Gear Capital<br>Name |

| | Name and address |
|---|---|
| 26d.2. | Kinetic Advantage<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name |

Debtor AKA Auto Brokers, LLC Case number (if known)

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2. Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sashia Corley | 235 Mayfield Drive, 29445, | Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | To |
| | | | To |
| | | | To |
| | | | To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Sashia Corley<br>Name<br>235 Mayfield Drive<br>Goose Creek, SC 29445 | 63,820.04 | 01/01/2021<br>12/10/2021 | The debtor paid a total of $63,820.04 in payroll to Ms. Corley in 2021 as indicated in her 2021 W2. Ms. Corley did not receive a paycheck or any funds in 2022. |
| | Relationship to debtor<br>Managing Member | | | |

Debtor AKA Auto Brokers, LLC Case number (if known)

Name

| | Name and address of recipient | Amount | Dates | Reason |
|---|---|---|---|---|
| 30.2 | Kevin Corley<br>Name<br>235 Mayfield Drive<br>Goose Creek, SC 29445<br><br>**Relationship to debtor**<br>Additional Contact Person for the Business | 6,078.00 | 01/01/2022<br>06/30/2022 | Payroll to Mr. Corley including funds paid to Westlake Financial for Mr. Corley's monthly car payment. |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2023
MM / DD / YYYY

✘ /s/ Sashia Corley
Signature of individual signing on behalf of the debtor

Printed name Sashia Corley

Position or relationship to debtor Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Kinetic Advantage, LLC v AKA Auto Brokers, LLC & Sashia Graham Corley**

**29C01-2302-PL-001280**

**Breach of Contract**

**Hamilton County Circuit Court**

**1 Hamilton County Square, Suite 106, Noblesville, IN 46060**

**Pending**

**-------**

**Anthony Hamby v. AKA Auto Brokers, LLC & American Financial, Inc.**

**2022CP1801919 (ADR 7.10.23)**

**Breach of Contract**

**Dorchester Court of Common Pleas**

**5200 E Jim Bilton Blvd, Saint George, SC 29477**

**Pending**

**-------**

**CIG Financial, LLC v. AKA Auto Brokers, LLC; Sashia Corley**

**30-2023-01305272 (Hearing 7.13.23)**

**Breach of Contract**

**Superior Court of  Orange County California**

**North Justice Center, Fullerton, CA 92832**

**Pending**

**-------**

**Nextgear Capital, Inc. v. AKA Auto Brokers, LLC & Sashia**

**29D01-2302-PL-001744**

**Breach of Contract**

**Hamilton County Superior Court**

**1 Hamilton County Square, Ste 106, Noblesville, IN 46060**

**Pending**

**-------**

## Continuation Sheet for Official Form 207

**18) Closed financial accounts**

**SC Federal Credit Union ,** **$0.00**

**26d) Creditors**

**Westlake Flooring**

**Wellen Capital**

**Fill in this information to identify the case and this filing:**

Debtor Name AKA Auto Brokers, LLC

United States Bankruptcy Court for the: District of South Carolina

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/27/2023
MM / DD / YYYY

✘ /s/ Sashia Corley
Signature of individual signing on behalf of debtor

Sashia Corley
Printed name

Managing Member
Position or relationship to debtor

United States Bankruptcy Court
District of South Carolina

In re: AKA Auto Brokers, LLC

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/27/2023

/s/ Sashia Corley
Signature of Individual signing on behalf of debtor

Managing Member
Position or relationship to debtor

Adam Sutton
116 Ranch Hill Drive
Cordova, SC 29039

Alissa Taylor
152 Riverfield Drive
Statesville, NC 28625

Altus Receivables Management, Inc.
PO Box 186
Metairie, LA 70004

American Express
PO Box 981540
El Paso, TX 79998

American Financial, Inc.
c/o Brush Law Firm
12 A Carriage Lane
Charleston, SC 29407

Andrew Connor, Esq.
1501 Belle Isle Avenue
Suite 110
Mount Pleasant, SC 29464

Angel Hartzog
PO Box 112
Barnwell, SC 29812

Anthony Hamby
c/o Andrew M. Connor, Esq.
1501 Belle Isle Ave, Ste 110
Mount Pleasant, SC 29464

BacklotCars, Inc.
1100 Main Street Ste 1500
Kansas City, MO 64105

Car Gurus
Styne House, 1st Floor
Upper Hatch St
Dublin 2 Ireland,

Car-Richmond Auto Auction
3600 Deepwater Terminal Road
Richmond, VA 23234

Celina Gabel
206 Wexford Court
Summerville, SC 29483

Christina Bruno
10333 N Meridian Street
Suite 400
Indianapolis, IN 46290

CIG Financial LLC
6 Executive Circle
Suite 100
Irvine, CA 92614

Communications Credit and Recovery Corp
20 Broad Hallow Rd Ste 1002
Melville, NY 11747

Craig Brown
8776 Mitchell Road
Adams Run, SC 29426

Damien Davis
2022 Azalee Ln
Summerville, SC 29483

Danielle Brewer
998 Clemson Drive
Summerville, SC 29483

Daron Shuler
194 Hezekiah Road
Eutawville, SC 29048

Davon Green
711 W Luke Avenue
Summerville, SC 29483

Destiny Clemmons
111 Jefferson Lane
Summerville, SC 29485

Destiny Clemmons
1692 N Woodmere Drive apt 23
Charleston, SC 29407

Detria Smalls
4595 Lowell Dr Apt 3502
North Charleston, SC 29418

Dorchester County Court of Common Pleas
5200 E Jim Bilton Blvd
Saint George, SC 29477

Egon P. Singerman, Esq.
30625 Solon Road
Suite C
Solon, OH 44139

Electronic Merchant Systems
1054 St. Andrews Blvd
Charleston, SC 29407

Electronic Merchant Systems
250 W. Huron Rd
Suite 400
Cleveland, OH 44113

Franklin Lawrence
13900 Belmont Stakes Ct
Midlothian, VA 23112

Fuelman
PO Box 1239
Covington, LA 70434

Hamilton County Circuit Court
1 Hamilton County Square
Suite 106
Noblesville, IN 46060

Hamilton County Superior Court
1 Hamilton County Square
Suite 106
Noblesville, IN 46060

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Issac Smalls
1104 Flyway Road
Summerville, SC 29483

Kevin Corley
235 Mayfield Drive
Goose Creek, SC 29445

Kinetic Advantage, LLC
10333 N Meridian Street
Suite 400
Indianapolis, IN 46290

Lashandra Washington
801 Hitching Post Road
Charleston, SC 29415

Marcus Spann
7925 Saint Ives Road Apt 14D
North Charleston, SC 29405

Marcus Spann, Jr.
2023 Gumwood Blvd
Charleston, SC 29406

Marki Williams
43 Carrol Drive
Sumter, SC 29150

Mattie White
3417 Patton Ave
Johns Island, SC 29455

McCarthy, Burgess & Wolfe
PO Box 461210
Bedford, OH 44146

Michael G. Gibson, Esq.
11799 North College Ave
Carmel, IN 46032

Michelle Campbell
3350 Ashlar Pt
Ladson, SC 29456

MyBaseGuide
501 Great Circle Road
Ste 200
Nashville, TN 37228

Myesha Grant
125 Birchwood Lane
Conway, SC 29526

Myesha S. Grant
2807 Martha Drive
North Charleston, SC 29405

National Credit Partners
1551 N Tustin Ave Ste 550
Santa Ana, CA 92705

Naurice Jones
106 Millicent Way
Lake City, SC 29560

Nextgear Capital
11799 N College Avenue
Carmel, IN 46032

Orange County Superior Court
North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

Rachelle Dilbone
300 Naomi Drive
Gaston, SC 29053

Ruth Simmons
345 Cohen Circle
Ladson, SC 29456

Sashia Corley
235 Mayfield Drive
Goose Creek, SC 29445

SC Department of Revenue
Office of the General Counsel Bankruptcy
300A Outlet Pointe Blvd
Columbia, SC 29210-5666

SC DMV
Attn: Dealer License and Audit Unit
PO Box 1498
Blythewood, SC 29016

SC Federal Credit Union
P.O. Box 190012
Charleston, SC 29419

Spectrum Business
4145 S. Falkenburg Road
Riverview, FL 33578

Tanisha A. Fyall
261 Sedona Drive
Summerville, SC 29486

Terrance Cosby
1820 Cullen Ave
Chesapeake, VA 23324

United Bank
500 Virginia St East
PO Box 393
Charleston, WV 25322

US Small Business Administration
409 3rd Street SW
Washington, DC 20416

Wellen Capital
600 West Jackson Blvd
Suite750
Chicago, IL 60661

Westlake Financial
3440 Flair Drive
Attn LBX 73082
El Monte, CA 91731

Westlake Flooring Company, LLC
4751 Wilshire Blvd
Ste 100
Los Angeles, CA 90010

William Jackson
c/o Andrew M. Connor, Esq.
1501 Belle Isle Ave, Ste 110
Mount Pleasant, SC 29464

# United States Bankruptcy Court

District of South Carolina

**In re** AKA Auto Brokers, LLC

Case No. ______________

**Debtor**

Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,113.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 4,113.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $______________

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $______________

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;



d. [Other provisions as needed]

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of financial affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Defense or prosecution of adversary proceedings, motions to modify the stay, audits, motions to incur debt or sell an asset, 2004 examinations, defense of dischargeability actions and, in a chapter 13 case, modification of the plan after confirmation and any other motion, filing or proceeding taking place after confirmation.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/27/2023
*Date*

/s/ Robert Meredith, Jr., SC 1771 / DCID 6152
*Signature of Attorney*

Meredith Law Firm, LLC
*Name of law firm*

4000 Faber Place Drive, Suite 120
North Charleston, SC 29405

**MEREDITH LAW FIRM, LLC**
**ATTORNEY RETAINER AGREEMENT**

This agreement is made by and between **AKA Auto Brokers, LLC** (hereinafter "Client") and Meredith Law Firm, LLC (hereinafter "Attorney"). Client hereby retains and employs said Attorney to represent Client in the following matter:

Filing a liquidation under Chapter 7 of the Bankruptcy Code and related papers.

1. This agreement is solely in respect to the above-referenced matter. It shall include the evaluation of the case, the preparation of the petition, schedules and statements required by the court and attendance at the Meeting of Creditors. All other matters are separate and apart from this agreement, including any subsequent or related appeal or defense on appeal. Unanticipated actions including adversary proceedings, contested matters, audits and appeals are not part of this attorney retainer agreement and will result in an additional charge. If we later agree that this case should be under a different chapter of the Bankruptcy Code the parties shall execute a new agreement setting forth the terms of such representation.

2. Client empowers and authorizes Attorney to take all legal actions and provide all legal services deemed necessary and advisable by attorney in this matter. Attorney may associate other counsel as he deems necessary unless otherwise agreed in writing.

3. It is agreed that the attorney's fee in this matter shall be computed as follows:

   a. The base fee due to Attorney is **$4,500.00.** This includes the filing fee of **$338.00**. This amount is due in full prior to filing a case with the Bankruptcy Court.

   b. This fee is based upon the following mutually agreed-upon conditions:

      (1) Client agrees to provide Attorney with accurate and complete information regarding Client's debts, assets and any other information relevant to the case in a timely manner prior to the filing of this case;

      (2) Attorney does not in any way guarantee the accuracy of the information obtained from any credit report and Client understands that it is Client's duty to convey the necessary information and documentation to properly prepare Client's case. Client understands and acknowledges that the use of a credit report should never be the exclusive source for information regarding Client's debts.

      (3) Client understands and agrees that court online records may not be accurate as to pending actions or filed pleadings or judgments and agrees to keep Attorney fully informed of any pending actions, judgments or confessions of judgments. Client understands and agrees that failure to bring such information to Attorney's attention or to review court documents filed by Attorney on Client's behalf could result in the omission of this important information and the retention of potential judgment liens.

      (4) Client will keep Attorney advised at all times of the Client's current mailing address and telephone numbers.

      (5) Client acknowledges and understands that all payments made to Attorney must be in cash or by certified funds. Personal checks, credit or debit cards will not be accepted in any situation.

(6) Client will pay this fee in a reasonable amount of time and promises to pay some portion of the fee during each calendar month until the fee is paid in full. Failure to make a partial payment during a successive calendar month may result in Attorney's withdrawal from further representation. Attorney may charge additional fees for cases not filed within ninety (90) days of retainer as a result of duplicate work required by the passage of time. Unless specifically agreed otherwise, Attorney will charge an additional $300.00 for any case that is not prepared and filed within ninety (90) days from the signing of this retainer agreement.

c. Upon the execution of this agreement Client shall pay no less than **$300.00** as an initial retainer fee. This amount is earned upon receipt and is not refundable. Client understands that the case will not be filed with the court until the entire retainer fee is paid and the necessary documents are reviewed and signed by Client.

4. It is understood that in some cases additional work may be required in the case that was not contemplated by the parties or expressly agreed to at the time of entering into this agreement between the attorney and client. Such services include, but are not limited to, adversary actions, addition of a creditor after the petition and schedules have been filed, audits, unanticipated travel outside the greater Charleston area, defense of dischargeablility actions, defense of motions to modify the automatic stay, defense of petitions to dismiss case, 2004 examinations and any further action required after the Section 341 hearing. Attorney shall bill said client at a flat fee rate (generally no less than $500.00 per motion) or based upon an hourly rate of no less than $350.00 per hour for attorneys and $175.00 per hour for paralegals/staff depending upon the circumstances of the case. These attorney's fees and the manner of calculation will vary depending upon the action required. In the event that additional work is necessary, Client agrees to pay such additional fee to Attorney for work performed or to be performed. If such payment is to be installments, Client agrees to remit such installments in the manner explained above.

5. It is understood that in the event of litigation, heavily contested motions or heavily contested objections attorney may incur unanticipated costs and expenses in this matter. If such costs are incurred, Client hereby agrees to pay these costs immediately upon presentation. A non-exclusive list of potential costs are: filing fees, costs for depositions and court reporters, witness compensation, investigators, expert witnesses, long distance calls, copy charges, federal express or overnight postage, mileage for trips outside Charleston, faxes, subpoenas, photos, etc.

6. Attorney may incur additional costs during the case including, but not limited to, postage or service of document fees. Client agrees to reimburse Attorney for these costs on presentment.

7. Client may discharge attorney at any time by written notice. Attorney shall be entitled to all fees earned and costs incurred to that date in this matter notwithstanding said discharge by the client. Attorney's fees will be based upon the hourly rates indicated in paragraph 4 above as well as any costs incurred on Client's behalf. Should Client desire a copy of Attorney's file, payment of fees and costs shall be made before Attorney's release of said file.

8. It is understood and agreed that Attorney shall maintain a copy of Client's file for no greater than one year after the discharge or dismissal of this case. Attorney and Client agree that the file may be destroyed in a reasonable manner after the period of one year from the discharge or dismissal of the case. Client will receive one copy of the petition and schedules filed in this case. If Client requires another copy of the file or any document therein Client understands that there will be an additional charge for retrieving the Client's records and copying the necessary documents.

9. Attorney may, in his absolute discretion, withdraw from representing client in this matter at any time upon written notice to client. Client agrees to sign a substitution form if required.

10. An account is past due and shall immediately become due and owing in full when payment on account is not paid

within fifteen (15) days of billing. Attorney shall be entitled to reasonable attorney's fees and costs for the collection of any past due account. If more than one client has signed this agreement, each client agrees to be jointly and severally liable for payment of all fees, costs or other charges.

11. Client understands and agrees that Attorney will represent Client to the best of his ability, but Attorney does not guarantee or promise a specific result to Client regarding the outcome of this matter.

12. I have read the above attorney retainer agreement and understand its terms fully. I acknowledge that I am duly authorized to execute documents on behalf of this entity including this agreement and any other documents necessary to file and complete a case under Chapter 7 bankruptcy as well as represent this entity in court at any hearing. I acknowledge that there are no other agreements, verbal or otherwise, between Client and Attorney. By my signature below I agree to be bound by its terms.

DATED: 08-25-22

**AKA Auto Brokers, LLC**
**Sashia Corley, Managing Member**

Pursuant to 11 U.S.C. Sections 101(12A) and 528 Meredith Law Firm, LLC is a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.