# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 23-01861-eg |
| AKA Auto Brokers, LLC | Chapter 7 |
| Debtor.(s) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of Anthony Hamby's ("Movant") Motion for the Entry of an Order Granting Relief to Modify the Automatic Stay under 11 U.S.C. § 362(d) ("Motion").

### RELIEF REQUESTED

1. Movant has requested that he be allowed to proceed with state court litigation against the Debtor's motor vehicle dealer bond to recover an auto dealer fraud claim.

2. No response or objection was filed before the objection deadline.

It appears that cause exists for the relief requested; it further appears that the relief requested is narrowly tailored to minimize the impact on the Debtor and the Movant; and it appears that the parties were properly noticed of the Motion and that no response or objection has been filed. After due deliberation and sufficient cause appearing therefore, it is **HEREBY**:

**ORDERED** that the relief sought in the Motion is hereby **GRANTED**;

It is further **ORDERED** that pursuant to 11 U.S.C. §§ 105, 362(d), Movant is granted relief from the automatic stay and may proceed with its litigation against the Debtor to collect against its motor vehicle bond coverage only. No claim may be asserted against the Debtor unless ordered otherwise by this court as Movant may not pursue its claim against the Debtor's estate in this pending bankruptcy.

AND IT IS SO ORDERED.