**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>AKA Auto Brokers, LLC<br><br>Debtor.(s) | Case No. 23-01861-eg<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362(A)) |

**TO: DEBTOR, TRUSTEE AND THOSE NAMED IN THE ATTACHED MOTION**

PLEASE TAKE NOTICE THAT a hearing will be held on the attached motion on:

Date:    **September 28, 2023**

Time: **10:30 a.m.**

Place:   145 King Street, Room 225 Charleston, SC 29401

Within fourteen (14) days after service (Any Trustee appointed, shall have fourteen (14) days from the entry of the order converting the case) of the attached motion, the notice of motion, and the movant's certification of facts, any party objecting to the relief sought shall:

(1) File with the Court a written objection to the 11 U.S.C. § 362 Motion;

(2) File with the Court a certification of facts;

(3) Serve on the Movant, and any appointed trustee, items 1 and 2 above at the address shown below; and

(4) File a certificate of such service with the Court.

If you fail to comply with this procedure, you may be denied the opportunity to appear and be heard on this proceeding before the Court.

Date of issuance: August 29, 2023

**Markham Law Firm, LLC**

Date of Service: August 29, 2023         /s/Sean Markham
Sean Markham, I.D. # 10145
Attorney for Movant
PO Box 101
Mount Pleasant, SC 29465
Tel: 888-327-0054
Email: sean@markhamlawsc.com